**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANDREA WELLS, JEANNETTE HOLLAND, and MARTIN MCCRAY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHEAST BEHAVIORAL HEALTH CORPORATION, JENNIFER CULLEN, and HILARY JACOBS<br><br>Defendants. | C.A. No. 1:24-cv-11256 |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c)(1) and Local Rule 7.1, Plaintiffs Andrea Wells, Jeannette Holland, and Martin McCray (collectively, "Plaintiffs") and Defendants Northeast Behavioral Health Corporation ("Northeast"), Jennifer Cullen, and Hilary Jacobs (collectively, "Defendants") (together, the "Parties"), through their undersigned counsel, jointly move for the entry of the [Proposed] Stipulated Protective Order attached hereto as Exhibit A (the "Protective Order").

In support of this joint motion, the Parties state as follows:

1. The Parties anticipate that this matter will involve the production of confidential, proprietary, financial, private, personal, and sensitive personnel information.

2. The entry of the Protective Order will enable the Parties to adequately protect such information, to allow for its production without Court intervention, to expedite the flow of discovery, and to facilitate the prompt resolution of disputes over confidentiality.

3. The Parties have stipulated that discovery containing confidential, proprietary, financial, private, personal, and sensitive personnel information will be subject to limited disclosure in accordance with the terms of the attached Protective Order.

WHEREFORE, for the reasons stated above, the Parties by agreement respectfully move that this Court enter the attached Protective Order.

Respectfully submitted,

**ANDREA WELLS, JEANETTE HOLLAND, AND MARTIN MCCRAY**

By their attorneys,

*/s/ Matthew D. Patton*

Raven Moeslinger (BBO# 687956)
Nicholas F. Ortiz (BBO# 655135)
Matthew D. Patton (BBO# 703798)
*mdp@mass-legal.com*
Ortiz & Moeslinger, P.C.
One Boston Place #2600
Boston, MA 02108
Phone: (617) 338-9400

**NORTHEAST BEHAVIORAL HEALTH CORPORATION, JENNIFER CULLEN, AND HILARY JACOBS**

By their attorneys,

*/s/ Scott A. Roberts*

Scott A. Roberts (BBO# 550732)
*sroberts@hrwlawyers.com*
John D. Arnold (BBO# 699350)
*jarnold@hrwlawyers.com*
Julia E. Russo (BBO# 707682)
*jrusso@hrwlawyers.com*
Hirsch Roberts Weinstein LLP
One Liberty Square, 12th Floor
Boston, MA 02109
Phone: (617) 348-4300

Dated: April 23, 2025

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certifies that counsel for Plaintiff conferred with counsel for Defendants and the Parties jointly request the relief sought in this motion.

/s/ Scott A. Roberts
Scott A. Roberts

**CERTIFICATE OF SERVICE**

I, Scott A. Roberts, certify that this document, filed through the Electronic Case Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 23, 2025.

/s/ Scott A. Roberts
Scott A. Roberts